[No. 65144-7-I. Division One. October 31, 2011.]

ADIL LAHRICHI ET AL., *Appellants*, v. KEELIN A. CURRAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-17151-3, Regina S. Cahan, J., entered February 26, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Spearman, JJ.

[No. 65353-9-I. Division One. October 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. IDRIS TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-14392-5, John P. Erlick, J., entered May 3, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Cox and Ellington, JJ.

[Nos. 65376-8-I; 65970-7-I. Division One. October 31, 2011.]

*In the Matter of the Estate of* JODY SCOTT WOOD.

DYLAN THOMPSON WOOD, *Appellant*, v. MARY FRANCES WHEALEN, *as Personal Representative*, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 08-4-00829-8, Paris K. Kallas, J., entered April 16, 2010. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Cox and Ellington, JJ.

[No. 65453-5-I. Division One. October 31, 2011.]

ISAIAS RAMIREZ ET AL., *Respondents*, v. PRECISION DRYWALL, INC., *Defendant*, JAMES LEA ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-26023-2, Timothy A. Bradshaw, J., entered May 21, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Dwyer, C.J., concurred in by Schindler and Spearman, JJ.